IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| RICKY JOVAN GRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:16CV982–HEH |
| ) | |
| TERENCE RICHARD McAULIFFE, ) | |
| *et al*, ) | |
| Defendants. ) | |

## ORDER
**(Denying Motion for Preliminary Injunction and Temporary Restraining Order)**

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

1. Plaintiff's Motion for Preliminary Injunctive Relief (ECF No. 13) is DENIED.
2. Plaintiff's Motion for a Temporary Restraining Order (ECF No. 12) is DENIED AS MOOT.

Should Gray desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the ability to appeal.

The Clerk is directed to send a copy of the Memorandum Opinion and Order to counsel of record.

It is so ORDERED.

                                                                             /s/
                                                    HENRY E. HUDSON
Date: Jan. 10, 2017                  UNITED STATES DISTRICT JUDGE
Richmond, Virginia