**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| RICKY JOVAN GRAY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 16cv00982-HEH |
| ) | **IMMINENT EXECUTION** |
| TERENCE RICHARD MCAULIFFE, Governor, ) | **SCHEDULED FOR** |
| Commonwealth of Virginia, ) | **JANUARY 18, 2017** |
| ) | |
| HAROLD W. CLARKE, Director, ) | |
| Virginia Department of Corrections, ) | |
| ) | |
| EDDIE PEARSON, Warden, ) | |
| Greensville Correctional Center, ) | |
| ) | |
| DAVID ZOOK, Warden, ) | |
| Sussex I State Prison, ) | |
| ) | |
| OTHER UNKNOWN EXECUTIONERS, ) | |
| EMPLOYEES, AND AGENTS, ) | |
| Virginia Department of Corrections, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEAL

Notice is hereby given that Ricky Jovan Gray, the plaintiff in the above captioned case, appeals to the United States Court of Appeals for the Fourth Circuit from this Court's Order [Docket No. 32] and accompanying Memorandum Opinion [Docket No. 31], entered January 10, 2017, denying Mr. Gray's motion for preliminary injunction [Docket No. 13] and denying as moot Mr. Gray's motion for a temporary restraining order [Docket No. 12]. Both motions sought to stay Mr. Gray's execution, which is currently scheduled for January 18, 2017.

///

///

1

Dated: January 11, 2017        Respectfully submitted,

                 HOGAN LOVELLS US LLP

              By: /s/ Haley K. Costello Essig
                 Haley K. Costello Essig (Va. Bar. # 85541)
                 Park Place II, Ninth Floor
                 7930 Jones Branch Drive
                 McLean, Virginia 22102

                 Lisa J. Fried
                 Nathaniel S. Boyer
                 875 Third Avenue
                 New York, New York 10022
                 *Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I certify that on January 11, 2017, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notice of such filing to the following registered CM/ECF users:

>Margaret A. O'Shea, Esq.
>Richard C. Vorhis, Esq.
>Office of the Attorney General
>202 North Ninth Street
>Richmond, VA 23219
>E-mail:MOShea@oag.state.va.us
>        RVorhis@oag.state.va.us
>
>*Attorneys for Defendants Terence Richard McAuliffe, Harold W. Clarke, Eddie Pearson, and David Zook*

/s/ Haley K. Costello Essig
Haley K. Costello Essig
