FILED: January 13, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1
(3:16-cv-00982-HEH)
_____

RICKY JOVAN GRAY

  Plaintiff - Appellant

v.

TERENCE RICHARD MCAULIFFE, Governor, Commonwealth of Virginia; HAROLD W. CLARKE, Director, Virginia Department of Corrections; EDDIE PEARSON, Warden, Greensville Correctional Center; DAVID ZOOK, Warden, Sussex I State Prison; OTHER UNKNOWN EXECUTIONERS, EMPLOYEES, AND AGENTS, Virginia Department of Corrections

  Defendants - Appellees

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to stay execution, the court denies the motion.

Entered at the direction of Judge Wynn with the concurrence of Judge Diaz and Senior Judge Davis.

        For the Court

        /s/ Patricia S. Connor, Clerk